```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MIRNA MARTINEZ SANTIAGO,<br>　　　　　　　　Plaintiff, | 22-cv-228 (JGK) |
| - against - | ORDER |
| ACACIA NETWORK, INC. ET AL.,<br>　　　　　　　　Defendants. | |

JOHN G. KOELTL, District Judge:

The plaintiff may file an amended complaint by **May 20, 2022**. The time for the defendants to move or to answer the amended complaint is **June 6, 2022**. If a motion to dismiss, the defendants do not need a pre-motion conference. The time for the plaintiff to respond to any motion to dismiss is **June 20, 2022**. The time for the defendants to reply is **June 30, 2022**. Other deadlines are stayed pending completion of the pleadings, including any motion to dismiss.

SO ORDERED.
Dated:　　New York, New York
　　　　　May 11, 2022

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge