UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRNA MARTINEZ SANTIAGO,

22-cv-228 (JGK)

Plaintiff,

ORDER

- against -

ACACIA NETWORK, INC., ET AL.,

Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit a Rule 26(f) report by November 9, 2022.

SO ORDERED.

Dated:      New York, New York
            October 26, 2022

John G. Koeltl
United States District Judge